[No. 61763-0-I.   Division One.   November 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LAMONTE WHEATON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09315-6, Laura Gene Middaugh, J., entered May 20, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 61895-4-I.   Division One.   November 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY FINKLEA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09878-6, Deborah D. Fleck, J., entered May 19, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Becker, JJ.

[No. 62419-9-I.   Division One.   November 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KERO RIINY GIIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07847-9, Nicole MacInnes, J., entered September 19, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Becker, J., concurred in by Ellington and Lau, JJ.

[No. 62456-3-I.   Division One.   November 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN H. RAWLS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-01323-0, Gerald L. Knight, J., entered October 8, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Leach, JJ.